**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **ERNESTO HERRERA CARO,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **v.** | ) | **Case No. CIV-26-2279-R** |
| | ) | |
| **FRED FIGUEROA, et al.,** | ) | |
| | ) | |
| **Respondents.** | ) | |

**ORDER**

Challenging his detention by Immigration and Customs Enforcement, Petitioner, Mr. Ernesto Herrera Caro, seeks release from detention or a prompt bond hearing from this Court through a writ of habeas corpus under 28 U.S.C. § 2241. [Doc. No. 1]. The Court referred the Petition to United States Magistrate Judge Suzanne Mitchell, who recommended that the Court grant it in part and order a bond hearing pursuant to 8 U.S.C § 1226(a). [Doc. No. 9]. No one objected. So, the Court ADOPTS Judge Mitchell's R&R.

Accordingly, the Court GRANTS in PART the Petition for Writ of Habeas Corpus, Doc. No. 1, and ORDERS Respondents to provide Mr. Caro with a lawful bond hearing pursuant to § 1226(a) within seven days of the date of this order or otherwise release him if he has not received such a hearing within that period. Respondents shall certify their compliance with this Order.

IT IS SO ORDERED this 29th day of October, 2026.

David L. Russell

DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE